## No. 11,147.

SCROGGS, ET AL. *v.* HARKNESS HEIGHTS LAND CO.

Decided February 2, 1925.   Rehearing denied March 2, 1925.

Action to quiet title.  Decree for plaintiff.

*Affirmed.*

*On Application for Supersedeas.*

1.  PRINCIPAL AND AGENT—*Real Property—Title.* The purchaser of a
    lot could not claim she was misled by the conduct of the title
    holder, when her agent, who conducted the transaction, had
    previous actual notice of the condition of the title.

*Error to the District Court of the City and County of Denver, Hon. Julian H. Moore, Judge.*

Mr. T. E. ANDERSON, for plaintiffs in error.

Mr. T. E. WATTERS, Mr. PERCY S. MORRIS, for defendant
in error.

*Department Two.*

MR. JUSTICE DENISON delivered the opinion of the court.

THE defendant in error was plaintiff below and had a
decree quieting its title to a lot in Denver.  Louise C.
Anderson, one of the defendants below, alone assigns error.

Mrs. Anderson claims under one Addis who had an un-
recorded contract of purchase from the plaintiff company
in whom the title stood of record.  Payments were de-
faulted, and, after thirty days' notice to all parties, includ-
ing Mrs. Anderson, to come in and pay, and failure by all
to do so, the company took possession.

The claim of plaintiff in error is that she was misled into
the purchase of the lot by the conduct of the plaintiff in
holding out Addis as the owner, but the evidence is that
her son and agent, who conducted the transaction for her,

had actual and previous notice of the plaintiff's title and of the fact that Addis held only by contract.

Supersedeas denied and judgment affirmed.

MR. CHIEF JUSTICE ALLEN and MR. JUSTICE WHITFORD concur.